# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JANIS SHUMWAY, Individually,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 1:21-cv-02069 |
| | : Honorable Matthew F. Kennelly |
| **NARAYANI INC. d/b/a CLARION INN, a Foreign Corporation,** | : |
| **Defendant.** | : |
| _____/ | : |

## JOINT NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties, with each party to bear its own costs and fees.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| */s/ Kimberly A. Corkill* | /s/Ashley L Orler |
| Kimberly A. Corkill, Of Counsel | Ashley L. Orler, Esq. (#6297339) |
| Thomas B. Bacon, P.A. | Toni J. Falligant, Esq. (#6335851) |
| 644 North Mc Donald St. | GOLAN CHRISTIE TAGLIA LLP |
| Mt. Dora, FL 32757 | 70 W. Madison Street, Suite 1500 |
| ph. (954) 478-7811 | Chicago, Illinois 60602 |
| kimberlyatlaw@gmail.com | (312) 263-2300 |
| Florida Bar. Id. No. 84942 | alorler@gct.law |
| *Attorneys for Plaintiff* | tjfalligant@gct.law |
| | Counsel for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that August 10, 2021 I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

/s/*Kimberly A. Corkill*
 Attorney